THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE FRALICK, Appellant.— Memorandum: On the papers before us, it appears that the Magistrate is disqualified and a motion may be made before trial to disqualify him. All concur.  (Appeal from order of Oneida Supreme Court denying a motion for a certificate that a charge of disorderly conduct pending in Justice Court be prosecuted by indictment by Grand Jury.)    Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED LYONS LETTS, Appellant.—

Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT A. COMFORT, Appellant.— Judgment of conviction unanimously affirmed.  (Appeal from judgment of Monroe County Court convicting defendant of crime of burglary in the third degree.)    Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEWIS SMITH, Appellant.—

Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LEONARD J. LO VERDE, Respondent.—

Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD GRAY, Appellant.—

Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES S. WADE, Appellant, v. WALTER B. MARTIN, as Warden of Attica Prison, Respondent.—

Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

FREDERICK C. STEVENS et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent.  (Claim No. 35971.) —

Present — Williams, P. J., Goldman, McClusky and Henry, JJ.

MOLLY CIGANENKO et al., Respondents, v. STATE OF NEW YORK, Appellant.  (Claim No. 34511.) —

Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.